**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL   DISTRICT OF CALIFORNIA.

Case number *(if known)* _____   Chapter ___11___

☐ Check if this is an
   amended filing

<u>Official Form 201</u>

# Voluntary Petition for Non-Individuals Filing for Bankruptcy      04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | Debtor's name | Phora, LLC |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 46-4653324 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 9613 Marion Ave.<br>Montclair, CA 91763<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| San Bernardino<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Phora, LLC
_____    Case number (if known) _____
Name

**7. Describe debtor's business**    **A.** *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ☒ No.
☐ Yes.

If more than 2 cases, attach a separate list.

District _____    When _____    Case number _____
District _____    When _____    Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**    ☐ No
☒ Yes.

List all cases. If more than 1, attach a separate list

Debtor    **Marco Anthony Archer**    Relationship Debtor's Managing Member

District Central District of CA Los Angeles    When 8/1/2025    Case number, if known 25-bk-15377

Debtor    Phora, LLC _____    Case number (*if known*) _____
    Name

**11. Why is the case filed in**     *Check all that apply:*
    **this district?**
    ☒    Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately
        preceding the date of this petition or for a longer part of such 180 days than in any other district.
    ☐    A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or**    ☒ No
    **have possession of any**
    **real property or personal**    ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
    **property that needs**
    **immediate attention?**            **Why does the property need immediate attention?** (*Check all that apply.*)

                ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
                    What is the hazard?    _____

                ☐ It needs to be physically secured or protected from the weather.

                ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example,
                    livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

                ☐ Other    _____

                **Where is the property?**    _____

                                Number, Street, City, State & ZIP Code

                **Is the property insured?**

                ☐ No

                ☐ Yes.    Insurance agency    _____

                        Contact name    _____

                        Phone    _____

---

▰ **Statistical and administrative information**

**13. Debtor's estimation of**    .    *Check one:*
    **available funds**
                ☒ Funds will be available for distribution to unsecured creditors.

                ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

| **14. Estimated number of creditors** | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than100,000 |
|---|---|---|---|
| **15. Estimated Assets** | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☒ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50  million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

Debtor    Phora, LLC
          Name                                                    Case number (if known)

██  Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
         imprisonment for up to 20 years, or both  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17. Declaration and signature
    of authorized              The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition
    representative of debtor
                              I have been authorized to file this petition on behalf of the debtor

                              I have examined the information in this petition and have a reasonable belief that the information is true and correct

                              I declare under penalty of perjury that the foregoing is true and correct

                              Executed on    July 31, 2025
                                             MM / DD / YYYY

                          X  /s/  Marco Anthony Archer                          Marco Anthony Archer
                              Signature of authorized representative of debtor      Printed name

                              Title    Managing Member


18. Signature of attorney   X  /s/ Leonard Pena                       Date    July 31, 2025
                              Signature of attorney for debtor                 MM / DD / YYYY

                              Leonard Pena
                              Printed name

                              Pena & Soma, APC
                              Firm name

                              1003 Diamond Avenue Suite 202
                              South Pasadena, CA 91030
                              Number  Street, City, State & ZIP Code

                              Contact phone   (626) 396-4000      Email address   lpena@penalaw.com

                              192898 CA
                              Bar number and State

Fill in this information to identify the case:

Debtor name   Phora, LLC

United States Bankruptcy Court for the:   CENTRAL   DISTRICT OF
CALIFORNIA,

Case number (if known):

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AAA 4120 International Pkwy Carrollton, TX 75007 | | | | | | $1,155.00 |
| Ally PO Box 380903 Minneapolis, MN 55438-0903 | | | | $19,990.00 | $0.00 | |
| Amex P.O. Box 981537 El Paso, TX 79998 | | | | | | $9,164.00 |
| Bonjur 535 N Brand Blvd. Suite 300 Glendale, CA 91203 | | | | | | $10,000.00 |
| BoyFifty c/o The Fowlkes Firm 142 LaFayette Street Newark, NJ 07105 | | | | | | $3,500.00 |
| Charter Communications PO Box 64378 Saint Paul, MN 55164-0378 | | | | | | $276.00 |
| City National Bank 9229 W Sunset Blvd Los Angeles, CA 90069-3402 | | | | | | $25,016.00 |
| Lowe Law 8383 Wilshire Blvd. Suite 1038 Beverly Hills, CA 90211 | | | | | | $30,643.25 |

Debtor    Phora, LLC
_____    Case number (if known) _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Nixon Peabody One California Plaza 300 South Grand Ave., #4100 Los Angeles, CA 90071 | | | | | | $77,689.00 |
| Oren Lang c/o KARIN R. LANG, Esq. Karin.rachel.lang@gmail.com 13123 Chandler Blvd. Van Nuys, CA 91401 | | | Contingent Unliquidated Disputed | | | $400,000.00 |
| SchoolsFirst FCU PO Box 11547 Santa Ana, CA 92711-1547 | | | | | | $18,449.00 |
| SchoolsFirst FCU PO Box 11547 Santa Ana, CA 92711-1547 | | | | $17,813.00 | $0.00 | |
| TRG 4180 West 190th Street Torrance, CA 90504 | | | | | | $77,000.00 |
| VERIZON WIRELESS 200 14th Ave E Sartell, MN 56377-4500 | | | | | | $162.00 |
| Warner Records, Inc. 777 South Santa Fe Ave. Los Angeles, CA 90021 | | | Contingent Unliquidated | | | $200,000.00 |

9613 Marion Ave.
Montclair, CA 91763


Leonard  Pena
1003 Diamond Avenue Suite 202
South Pasadena, CA 91030


AAA
4120 International Pkwy
Carrollton, TX 75007


Adrian Velasquez
c/o Miles M. Cooley
Freedman Taitleman & Cooley 1801 Century
Los Angeles, CA 90067


Ally
PO Box 380903
Minneapolis, MN 55438-0903


Amex
P.O. Box 981537
El Paso, TX 79998


Bonjur
535 N Brand Blvd. Suite 300
Glendale, CA 91203


BoyFifty
c/o The Fowlkes Firm
142 LaFayette Street
Newark, NJ 07105

Charter Communications
PO Box 64378
Saint Paul, MN 55164-0378


City National Bank
9229 W Sunset Blvd
Los Angeles, CA 90069-3402


Danilo Capri
c/o Fabrizio Caglioti
De Sanctis & Partners Via Enrico Tazzoli
00195


Foundation Media
23679 Calabasas Road
Calabasas, CA 91302


Franchise Tax Board Bankruptcy Section
MS: A-340
P. O. Box 2952
Sacramento, CA 95812-2952


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Kenneth D. Freundlich, Esq.
FREUNDLICH LAW, APC
16133 Ventura Blvd., Suite 645
Encino, CA 91426


Kobalt Music Publishing
2 Gansevoort Street, 6th Floor
New York, NY 10014

Lowe Law
8383 Wilshire Blvd. Suite 1038
Beverly Hills, CA 90211


Nixon Peabody
One California Plaza
300 South Grand Ave., #4100
Los Angeles, CA 90071


Oren Lang
c/o KARIN R. LANG, Esq.
Karin.rachel.lang@gmail.com 13123 Chandl
Van Nuys, CA 91401


SchoolsFirst FCU
PO Box 11547
Santa Ana, CA 92711-1547


TRG
4180 West 190th Street
Torrance, CA 90504


VERIZON WIRELESS
200 14th Ave E
Sartell, MN 56377-4500


Warner Records, Inc.
777 South Santa Fe Ave.
Los Angeles, CA 90021

**United States Bankruptcy Court**
Central District of California,

In re   Phora, LLC

Debtor(s)

Case No.

Chapter   11

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Marco Anthony Archer, declare under penalty of perjury that I am the Managing Member of Phora, LLC, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 31st day of July , 2025.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Marco Anthony Archer, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Marco Anthony Archer, Managing Member of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Marco Anthony Archer, Managing Member of this Corporation is authorized and directed to employ Leonard Pena , attorney and the law firm of Pena & Soma, APC to represent the corporation in such bankruptcy case."

Date   July 31, 2025

Signed

Marco Anthony Archer

Resolution of Board of Directors
of
Phora, LLC


Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that  Marco Anthony Archer, Managing Member of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that  Marco Anthony Archer, Managing Member  of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that  Marco Anthony Archer, Managing Member of this Corporation is authorized and directed to employ Leonard Pena , attorney and the law firm of Pena & Soma, APC to represent the corporation in such bankruptcy case.

Date   July 31, 2025                     Signed  ☒ _____

Date   July 31, 2025                     Signed  _____